FILED

18 FEB 26 AM 10: 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEE JORDAN, | ) | Case No. 1:17-cv-2407 |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| vs. | ) | **STIPULATED DISMISSAL ENTRY** |
| SAFE CHOICE, LLC, | ) | |
| Defendant. | ) | |

The Court held a Case Management Conference February 26, 2018, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the claims in Counts 1 and 2 are settled and dismissed with prejudice, each party to pay its own costs. The claims in Counts 3 and 4 are dismissed with prejudice.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

IT IS SO ORDERED.

_____ 2/26/2018
Dan Aaron Polster
United States District Judge